W. B. QUAINTANCE & CO. *v.* UNITED STATES

**No. 6833.**—Invoice dated Nottingham, England, January 1945.
Certified January 1945.
Entered at New York, N. Y., February 3, 1945.
Entry No. 720414.

(Decided February 5, 1947)

*John D. Rode* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal involves only the question of whether or not the amount of a so-called British purchase tax should be included as a part of the proper dutiable values of the merchandise. In the case of *United States* v. *Pitcairn*, C. A. D. 334, this question was resolved by our appellate court in favor of the importers.

In submitting this appeal counsel for the respective parties have agreed that the issues herein are similar in all material respects to the issues involved in the *Pitcairn* case, *supra*, and the record in that case has been admitted in evidence in this case.

Upon the facts and law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer under duress. Judgment will be rendered accordingly.

FRED LUNNING, INC. *v.* UNITED STATES

**No. 6834.**—Invoice dated London, England, June 1945.
Certified June 1945.
Entered at New York, N. Y., August 11, 1945.
Entry No. 705728.

(Decided February 5, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: In this appeal the question is raised as to whether or not the action of the appraiser was legal in including as a part of the dutiable value of the merchandise the amount of the so-called British purchase tax. The appeal has been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Upon the agreed facts and the law applicable thereto, I find and hold the proper dutiable export value of the merchandise covered by said appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.